# Affidavit of Process Server

**UNITED STATES DISTRICT COURT for the EASTERN DISTRICT of NEW YORK**
(NAME OF COURT)

Juan Jose Santillan vs Custom Stainless Steel Corp. et al    CV 10-3128
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE NUMBER

I, ROBERT L. LAWSON / NYCDCA:1261639, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served WALTER HENAO
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons in a Civil Action and Complaint

by leaving with FERNANDO MORALES / MGR ON DUTY    At
NAME    RELATIONSHIP

☐ Residence _____

☒ Business 74 GEORGE STREET    BROOKLYN NEW YORK 11206
ADDRESS    CITY/STATE

On JULY 29, 2010    AT 10:47 AM
DATE    TIME

☒ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on JULY 30, 2010
DATE

from BRONX    NEW YORK    10462
CITY    STATE    ZIP

**Manner of Service:**
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

Service Attempts: Service was attempted on: (1) _____ (2) _____
DATE TIME    DATE TIME

(3) _____ (4) _____ (5) _____
DATE TIME    DATE TIME    DATE TIME

Description: Age 35-40  Sex M  Race Hisp  Height 5'7"  Weight 175  Hair Blk  Beard NO  Glasses NO

1510 Castle Hill Avenue
Suite 333
Bronx, New York 10462

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 30 day of JULY, 2010, by ROBERT L. LAWSON
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

KWATENG
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KW6176773
Qualified in Bronx County
My Commission Expires November 08, 20__

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of NEW YORK

NAPPS

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS