MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael A. Faillace [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
Telephone:   (212) 317-1200
Facsimile:   (212) 317-1620
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUAN JOSE SANTILLAN, *individually and
on behalf of others similarly situated,*

                       *Plaintiff,*

      -against-

CUSTOM STAINLESS STEEL CORP. (d/b/a
CENTER'S RESTAURANT EQUIPMENT),
and WALTER HENAO,

                       *Defendants.*
-----------------------------------------------------------X

**NOTATION OF DEFAULT**

10 CV 3128 (FB) (MDG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 23 2010 ★
BROOKLYN OFFICE

    I, Robert C. Heinmann, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendants, Custom Stainless Steel Corp. (d/b/a Center's Restaurant Equipment) and Walter Henao, is hereby noted pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       December 23, 2010.

                                           ROBERT C. HEINEMANN
                                           Clerk of the Court

                                         By: _Janet Hamilton_____
                                             Deputy Clerk