MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael A. Faillace [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
Telephone:	(212) 317-1200
Facsimile:	(212) 317-1620
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

JUAN JOSE SANTILLAN, *individually and on behalf of others similarly situated,*

      *Plaintiff*,

  -against-

CUSTOM STAINLESS STEEL CORP. (d/b/a CENTER'S RESTAURANT EQUIPMENT), and WALTER HENAO,

      *Defendants.*
---------------------------------------------------------X

**Notice of Motion**

**10 CV 3128 (FB) (MDG)**

SIRS:

 PLEASE TAKE NOTICE that, upon the annexed affirmation of Michael A. Faillace, and the affidavit of Plaintiff Juan Jose Santillan, sworn to or affirmed January 20, 2011, and upon the complaint herein, Plaintiff will move this Court, Judge Frederic Block, U.S.D.J., in Courtroom 10 C S, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on the ____ day of January, 2011 at 9:00 a.m., or as soon thereafter as counsel can be heard, for an order pursuant to Rule 55(b) (2) of the Federal Rules of Civil Procedure granting judgment by default against Defendants.

Dated: New York, New York
       January 21, 2011

                                            MICHAEL FAILLACE & ASSOCIATES, P.C.

                                            By:   /S/ Michael Faillace__
                                                  Michael Faillace [MF-8436]
                                                  110 East 59th Street, 32nd Floor
                                                  New York, New York 10022
                                                  (212) 786-7368 (phone)
                                                  (212) 786-7369 (fax)
                                                  *Attorneys for Plaintiff*

TO:

Custom Stainless Steel Corp.
d/b/a Center's Restaurant Equipment
74 George Street
Brooklyn, NY 11206

Walter Henao
74 George Street
Brooklyn, NY 11206