# Michael Faillace & Associates, P.C.
## Employment and Litigation Attorneys

110 East 59th Street, 32nd Floor  
New York, New York 10022

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

michael@faillacelaw.com

January 21, 2010

**Filed By ECF**

United States District Court  
225 Cadman Plaza East, Room 1214-S  
Brooklyn, New York 11201

      Re:    Juan Jose Santillan v. Custom Stainless Steel Corp. et al.  
               U.S.D.C., E.D.N.Y., 10-CV-3128 (FB) (MDG)

To Whom It May Concern:

      We represent the Plaintiff in the above referenced matter. We are filing a Motion fot Default Judgment via ECF, and through this letter we are attaching the Proposed Order of Default Judgment. If you have any need for assistance, please do not hesitate to contact our offices.

Respectfully,

Michael A. Faillace