MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael A. Faillace [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
Telephone:   (212) 317-1200
Facsimile:    (212) 317-1620
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
JUAN JOSE SANTILLAN, *individually and*
*on behalf of others similarly situated,*

                      *Plaintiff,*        **[PROPOSED]**
                                      **DEFAULT JUDGMENT**

         -against-                    **10 CV 3128 (FB) (MDG)**

CUSTOM STAINLESS STEEL CORP. (d/b/a
CENTER'S RESTAURANT EQUIPMENT),
and WALTER HENAO,

                      *Defendants.*
---------------------------------------------------------X

      The summons and complaint in this action having been duly served on the above-named Defendants, Custom Stainless Steel Corp. (d/b/a Center's Restaurant Equipment) and Walter Henao on July 29, 2010 and July 27, 2010 respectively, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

      NOW, on motion of Michael Faillace and Associates, PC, the attorneys for the Plaintiff, it is hereby

      ORDERED and ADJUDGED that Juan Jose Santillan, the Plaintiff, does recover of Custom Stainless Steel Corp. (d/b/a Center's Restaurant Equipment), Defendant, residing at 74 George Street, Brooklyn, New York 11206; and Walter Henao, Defendant, residing at74 George

- 2 -

Street, Brooklyn, New York 11206; the sum of $_____, the amount claimed, plus interest in the sum of $_____, with $_____ costs and disbursements, and attorney fees in the sum of $_____, amount in all to the sum of $_____, plus interest at the legal rate in effect on the date of this judgment; and, that the Plaintiff have execution therefor.

Dated: Brooklyn, New York
       January \_\_, 2011.

                                            By: _____
                                                Honorable Frederic Block